UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH L. KELLERMAN,

    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

No. C 11-4727 PJH

**ORDER CLARIFYING BRIEFING SCHEDULE**

It has come to the court's attention that the briefing schedule automatically generated by the court's electronic filing system ("ECF") is contrary to the local rule governing the deadlines for social security appeals.  **The parties are advised that Civil Local Rule 16-5 governs the filing deadlines for social security appeals, and that in all of the undersigned judge's social security appeals, they are required to follow the deadlines set by Civil L.R. 16-5 as opposed to any deadlines generated in the text entries on ECF.**

**IT IS SO ORDERED.**

Dated: January 13, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge